175 A.3d 161

JOHN DOE AND JANE DOE, PLAINTIFFS-CROSS-RESPON-
DENTS, v. HOPEWELL VALLEY REGIONAL SCHOOL DIS-
TRICT BOARD OF EDUCATION, A CORPORATE BODY IN THE
COUNTY OF MERCER, AND MATTHEW HOFFMAN, INDIVID-
UALLY AND IN HIS REPRESENTATIVE CAPACITY AS AN
EMPLOYEE OF THE HOPEWELL VALLEY BOARD OF EDU-
CATION, DEFENDANTS-CROSS-PETITIONERS.

C–237 September Term 2017
079514

October 26, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–000142–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the cross-petition for certification is
denied, with costs.